■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GREEN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Clemente, J.), rendered March 12, 1982, convicting him of criminal possession of a weapon in the second degree, upon a plea of guilty, and sentencing him as a second felony offender to an indeterminate term of imprisonment of four to eight years. Motion by the People pursuant to 22 NYCRR 670.17 (i) to vacate the defendant's sentence as illegal. Matter held in abeyance, and, on the court's own motion, the District Attorney is ordered to file, within 15 days of this order, an answering brief including the points and arguments on her cross appeal pursuant to the rules of this court (22 NYCRR 670.20 [d]). The defendant may then file a reply brief including points and arguments responsive to the cross appeal. The District Attorney's motion pursuant to 22 NYCRR 670.17 (i) is deemed stricken. Gulotta, J. P., O'Connor, Bracken and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK McCARROLL, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Bonomo, J.), rendered April 18, 1980, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence. Judgment modified, on the law, by vacating the sentence imposed. As so modified, judgment affirmed and case remitted to Criminal Term for resentencing. A review of the sentence minutes reveals that defendant was not accorded an opportunity to speak in his own behalf prior to the imposition of sentence. This was violative of CPL 380.50 (see *People v Hallingquest,* 79 AD2d 1010; *cf. People v McClain,* 35 NY2d 483). Gibbons, J. P., Thompson, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR MURPHY, Appellant. — Judgment of the County Court, Westchester County (Martin, J.), rendered April 27, 1981, affirmed. No opinion. This case is remitted to the County Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Gibbons, Thompson and Rubin, JJ., concur.